**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUISA MEDORA,<br>Plaintiff,<br>v.<br>NATIONAL VERBATIM REPORTERS ASSOCIATION,<br>Defendant. | No. 2:26-cv-02810-DC-ICD (PS)<br><br>ORDER |

Having considered Defendant's Request to APPEAR REMOTELY AT SCHEDULING CONFERENCE, and good cause appearing, IT IS HEREBY ORDERED that Defendant's request is GRANTED. Any party may appear by video conference on December 9, 2026, 10:00 a.m. for the initial status/scheduling conference The Court will provide the parties with connection information separately.

Dated: November 2, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE